**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| **JARED CLINTON,** | |
| **Plaintiff,** | **CASE NO. 4:20-cv-00166-JEG-SBJ** |
| **vs.** | |
| **RYAN GARRETT, BRIAN MINNEHAN, RYAN STEINKAMP, and CITY OF DES MOINES, IOWA** | **PRETRIAL ORDER** |
| **Defendant.** | |

A final pretrial conference was held in this matter pursuant to Fed. R. Civ. P. 16 on

March 16, 2023. The following counsel, who will try the case, appeared at the conference:

1. For the plaintiff:

Gina Messamer
PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY
BROWN & BERGMANN, L.L.P.
2910 GRAND AVENUE
DES MOINES, IA 50312
515-284-5737
Fax: 515-284-1704
Email: gmessamer@parrishlaw.com

Jessica Donels
PARRISH KRUIDENIER DUNN BOLES GRIBBLE GENTRY
BROWN & BERGMANN, L.L.P.
2910 GRAND AVENUE
DES MOINES, IA 50312
515-284-5737
Email: jdonels@parrishlaw.com

2. For the defendants:

Michelle Mackel-Wiederanders
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4537
Fax: 515-237-1748

Email: mrmackel@dmgov.org

Luke DeSmet
DES MOINES CITY ATTORNEY
400 ROBERT D. RAY DRIVE
DES MOINES, IA 50309-1891
515-283-4110
Fax: 515-237-1748
Email: lmdesmet@dmgov.org
Accordingly,

**IT IS ORDERED:**

**I.    The parties agree that the following facts are true and undisputed:**

A. A properly completed temporary registration tag was taped in Clinton's rear window.
B. The officers illegally stopped Clinton's vehicle, without probable cause or reasonable suspicion that he had committed a crime.


**II.    Exhibits:**

A. The parties agree that the following exhibits shall be considered to be already in evidence at the trial without further offer, proof or objection. Specifically, the parties agree that both plaintiff's and defendant's exhibits listed under this portion (Paragraph IIA) of the final pretrial order are in evidence at the commencement of the trial and available for use by any party at any stage of the trial.

   *1.  Plaintiff's exhibits for Phase 1:*

      1. Ryangarrett 201910031816 19.17-19.25
      2. Ryangarrett 201910031816 42.35-43
      3. Ryangarrett 201910031816 47-47.40
      4. Ryansteinkamp 201910031816 00-3.05
      5. Ryansteinkamp 201910031816 3.05-4.15
      6. Ryansteinkamp 201910031816 4.15-5.10
      7. Ryansteinkamp 201910031816 5.41-6.02
      8. Ryansteinkamp 201910031816 16.03-17.49
      9. Ryansteinkamp 201910031816 46.55-47.44
      10. 2019.10.04 Bond Posted
      11. 2019.10.04 Criminal Complaint Possession
      12. 2019.11.22 Notice of Intent not to Prosecute
      13. 2019.11.25 Order of Dismissal
      14. Brianminnehan 201910031816 1.12-2.18

15. Brianminnehan 201910031816 18.55-19.30
16. Brianminnehan 201910031816 19.30-20.00
17. Brianminnehan 201910031816 22.33-22.52
18. Brianminnehan 201910031816 22.52-23.10
19. Brianminnehan 201910031816 26.40-27.10
20. Brianminnehan 201910031816 31.46-32.21
21. Brianminnehan 201910031816 42.22-42.40
22. Img 0821 - Jared Video 00-1.45
23. Img 0821 - Jared Video 1.50-3.50
24. IMG_0821 - Jared video
25. KyleThies_201807152104 body camera
26. KyleThies_201807152105 back seat
27. KyleThies_dash cam
28. NatalieHeinemann_201807152104
29. Ryangarrett 201910031816 .58-3.31
30. Ryangarrett 201910031816 3.34-5.23
31. Ryangarrett 201910031816 7.22-10.18
32. Ryangarrett 201910031816 10.38-13.40
33. Ryangarrett 201910031816 14.10-14.35
34. Ryangarrett 201910031816 16.07-16.47
35. Ryangarrett 201910031816 6.55-7.05
36. Ryangarrett 201910031816 14.35-14.46
37. Ryangarrett 201910031816 patrol camera 0-5.08

2. *Plaintiff's exhibits for Phase 2:*

38. Ryansteinkamp 201910031816 5.11-5.41
39. Ryansteinkamp 201910031816 29.35-33
40. 7.9.13 Roling email
41. 7.10.13 Roling email
42. 11.15.13 Roling email
43. Brianminnehan 201910031816 22.05-22.30
44. Picture of window 1
45. Picture of window 2
46. Ryangarrett 201910031816 00-.11
47. Ryangarrett 201910031816 32.30-33.30

3. *Defendants' exhibits for Phase 1: none apart from Plaintiff's*

4. *Defendants' exhibits for Phase 2: none apart from Plaintiff's*

B. Parties want to introduce into evidence the following exhibits to which all foundation, identification, and authenticity objections are waived but to which an opposing party objects on the grounds noted. It is further agreed that any exhibit listed in this paragraph may be used by any other party provided that party establishes that the exhibit is otherwise admissible.

1. *Plaintiff's exhibits for Phase 1*

   48. Aspire counseling records: Defendants object to portions of these records that include references to racial profiling and race as the basis for Clinton's stop. Those references are not relevant as this Court has already determined there is no evidence of racial animus. As such, any reference to those portions would be unduly prejudicial with no probative value.

2. *Defendants' exhibits for Phase 1*

   A. Minnehan's body camera video from 2:18 to 3:00. Plaintiff objects because this portion of the video mentions Plaintiff's prior lawsuit against DMPD. Irrelevant, confusing, and unduly prejudicial.
   B. Minnehan's body camera video from 27:10-27:55. Plaintiff objects because clip insinuates that Plaintiff accused the officers of lying. Irrelevant to damages and unduly prejudicial.
   C. Steinkamp's body camera video from 3:05 to 3:20. Plaintiff objects because this portion of the video mentions Plaintiff's prior lawsuit against DMPD. Irrelevant, confusing, and unduly prejudicial.

3. *Plaintiff's exhibits for Phase 2:*

   50. 5.4.18 DMPD Training Bulletin: Defendants object for hearsay.
   51. Highway Safety Law Update: Defendants object for hearsay.

4. *Defendants' exhibits for Phase 2:*

   D. Grove email exchanges. Plaintiff objects because these post-date the stop in this case and are thus irrelevant. The emails are also hearsay. The emails are also inadmissible under Rule 403 due to the risk of confusion, because the emails discuss the legal question the Court has already decided in the liability phase. Grove's opinions regarding the legal question are irrelevant and would confuse the jury.
   E. Roling/Briggs email exchange. Plaintiff objects for hearsay and because the emails are also inadmissible under Rule 403 due to the risk of confusion, because the emails discuss the legal question the Court has already

decided in the liability phase. Roling's opinions regarding the legal question are irrelevant and would confuse the jury.

**III.    Witnesses:**

*A. Plaintiff's witnesses for Phase 1*

1. Jared Clinton
2. Kenneth Cameron, B.S., M.A., LMHC
   3520 Beaver Avenue Suite D
   Des Moines, IA 50310
   515-333-8003
   Treating counselor
3. Laural Clinton
   515-202-0121
   Leclinton5@gmail.com
   Plaintiff's mom, knowledge of how stop impacted him & visibility of paper tag

*B. Defendants' witnesses for Phase 1*

1. Brian Minnehan, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
2. Chief Dana Wingert, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
3. Ryan Garrett, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
4. Ryan Steinkamp, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824

*C. Plaintiff's witnesses for Phase 2*

1. Ryan Steinkamp, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
2. Brian Minnehan, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
3. Ryan Garrett, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
5. Jordan Roling, Polk County Justice Center, 222 Fifth Avenue. Des Moines, IA 50309. Phone (515) 286-3737

*D. Defendants' witnesses for Phase 2*

1. Ryan Steinkamp, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
2. Brian Minnehan, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824
3. Ryan Garrett, 400 Robert D. Ray Drive, Des Moines, IA 50309. 515-283-4824

4. Levi Grove, Polk County Justice Center, 222 Fifth Avenue. Des Moines, IA 50309. Phone (515) 286-3737
5. Jordan Roling, Polk County Justice Center, 222 Fifth Avenue. Des Moines, IA 50309. Phone (515) 286-3737

## IV.    Factual issues

*A. Plaintiff's factual issues for Phase 1:*

1. The amount of Plaintiff's compensatory damages

*B. Defendants' factual issues for Phase 1:*

1. Whether officers smelled marijuana
2. Clinton has had limited mental health effects
3. Clinton caused his own embarrassment and damage to reputation through publicizing
4. He already received a just outcome by way of his criminal proceedings

*C. Plaintiff's factual issues for Phase 2:*

1. Whether defendants were motivated by evil motive or intent
2. Whether defendants were reckless or callously indifferent to Plaintiff's constitutional rights
3. Whether defendants' willfully and wantonly disregarding Plaintiff's constitutional rights
4. Whether defendants observed Plaintiff's paper tag prior to stopping him
5. Whether defendants were on a fishing expedition when they stopped Plaintiff
6. Whether officers smelled marijuana
7. How reprehensible defendants' conduct was
8. Defendants' financial condition
9. Whether there was any repetition of the wrongful conduct
10. What amount of punitive damages is needed to punish the defendant and deter others from similar wrongful conduct in the future

*D. Defendants' factual issues for Phase 2:*

1. The officers' reasons for the stop did not show callous indifference, recklessness or a willful, malicious intent.
2. The officers relied, in good faith, on advice of county attorney

## V.    Legal contentions

*A. Plaintiff's legal contentions for Phase 2:*

1. Defendants were motivated by evil motive or intent

2. Defendants were reckless or callously indifferent to Plaintiff's constitutional rights
3. Defendants' willfully and wantonly disregarding Plaintiff's constitutional rights

*B. Defendants' legal contentions for Phase 1:*

1. Clinton has de minimus damages

*C. Defendants' legal contentions for Phase 2:*

2. Officers culpability is mitigated due to reliance on advice of a county attorney

**VI.   Legal Issues:**

A. Plaintiff's legal issues:

1. Plaintiff has no legal issues besides those raised in the motion in limine filings and the motion to bifurcate, which he does not restate here.

2. Defendants' legal issues: Defendants have no legal issues besides those raised in the motion in limine filings or stated here.


*Respectfully submitted,*

> **PARRISH KRUIDENIER DUNN GENTRY**
> **BROWN BERGMANN & MESSAMER, L.L.P.**
>
> By:  */s/ Gina Messamer*
>
>      Gina Messamer          AT0011823
>      Jessica Donels          AT0013389
>      2910 Grand Avenue
>      Des Moines, Iowa 50312
>      Telephone: (515) 284-5737
>      Facsimile: (515) 284-1704
>      Email: gmessamer@parrishlaw.com
>      jdonels@parrishlaw.com
>      **ATTORNEYS FOR PLAINTIFF**

IT IS SO ORDERED.

DATED March 30, 2023.

STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE