## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner

Case No. 4:20-cv-00166 : Clerk's Court Minutes – Jury Trial

___

| Plaintiff(s) | Defendant(s) |
|---|---|
| JARED CLINTON | RYAN GARRETT; BRIAN MINNEHAN; RYAN STEINKAMP; and CITY OF DES MOINES, IOWA |

___

Plaintiff(s) Counsel: Gina Messamer; Jessica Donels

Defendant(s) Counsel: Michelle Mackel-Wiederanders; Luke DeSmet

Court Reporter: Tonya Gerke : Interpreter: N/A

___

Motion(s) for Ruling:                    Ruling    /    Ruling Reserved

___

Proceedings:

JURY TRIAL - DAY TWO.  Court is in session; jury enters (9:02 a.m.).  Minnehan returns to stand; witness remains under oath; parties examine witness (9:04 a.m. - 9:38 a.m.).  Plaintiff calls Dana Wingert; witness sworn; parties examine witness (9:39 a.m. - 9:54 a.m.).  Plaintiff calls Jared Clinton; witness sworn; Plaintiff examines witness (9:54 a.m. - 10:27 a.m.).  Morning recess (10:27 a.m. - 10:48 a.m.).  Jared Clinton returns to stand; witness remains under oath; parties examine witness (10:48 a.m. - 11:59 a.m.).  Lunch recess (11:59 a.m. - 12:20 p.m.).  Plaintiff calls Kenneth Cameron; witness sworn; parties examine witness (12:20 p.m. - 2:50 p.m.).  Plaintiff rests (2:50 p.m.).  Defendants rest, jury dismissed for day (2:51 p.m.).  Defendants make offer of proof outside presence of jury (2:52 p.m. - 2:57 p.m.).  Court and counsel convene off record in chambers to discuss draft jury instructions (3:25 p.m. - 3:37 p.m.).  Court and counsel convene in courtroom outside presence of jury to make record regarding Phase 1 jury instructions (4:07 p.m. - 4:09 p.m.).  Court is in recess (4:09 p.m.).

Time Start: 9:02 a.m.

Time End: 4:09 p.m.

Date: April 11, 2023

/s/ N. Kooker
_____
Law Clerk