# United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner

Case No. 4:20-cv-00166 : Clerk's Court Minutes – Jury Trial

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| JARED CLINTON | : | RYAN GARRETT; BRIAN MINNEHAN; RYAN STEINKAMP; and CITY OF DES MOINES, IOWA |

Plaintiff(s) Counsel: Gina Messamer; Jessica Donels

Defendant(s) Counsel: Michelle Mackel-Wiederanders; Luke DeSmet

Court Reporter: Tonya Gerke : Interpreter: N/A

Motion(s) for Ruling: Ruling / Ruling Reserved

Proceedings:

JURY TRIAL - DAY THREE.  Court is in session; jury enters (9:01 a.m.). Court delivers Phase One jury instructions (9:02 a.m. - 9:12 a.m.).  Plaintiff presents Phase One closing argument (9:12 a.m. - 9:38 a.m.). Defendants present Phase One closing argument (9:38 a.m. - 9:59 a.m.).  Plaintiff presents rebuttal (9:59 a.m. - 10:03 a.m.).  Case is submitted; jury begins Phase One deliberations (10:07 a.m. - 11:50 a.m.).  Jury notifies Court of a verdict on Phase One (11:50 a.m.).  Court and parties convene on the record; jury reenters courtroom; Phase One verdict is read in open court (12:11 p.m.).  Court is in recess (12:13 p.m. - 12:51 p.m.).  Court and parties convene on the record; parties confirm settlement of remaining claims; jury is dismissed (12:51 p.m. - 12:53 p.m.).  Court adjourns (12:53 p.m.).

Time Start:  9:01 a.m.

Time End:  12:53 p.m.

Date:  April 12, 2023

/s/ N. Kooker

Law Clerk