# VERDICT FORM

We, the Jury, find Plaintiff Jared Clinton's damages to be:

Past pain and suffering:     $ 21,000.00

Future pain and suffering:   $ 0

Total: $ 21,000.00

(If you find Plaintiff's damages for past and future pain and suffering have no monetary value, write $1 in the "Total" line.)

_[signature redacted]_
Foreperson

Dated: 4/12/23